UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GPI, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRIOT GOOSE CONTROL INC. and ELLIOT OREN,<br><br>          Defendants. | Case No. 1:23-cv-02360-GLR |

**PROPOSED ORDER**

AND NOW, this ___ day of October, 2023, following a Case Management Conference with the parties, it is hereby **ORDERED** that the above-captioned case shall be **TRANSFERRED** to the United States District Court for the District of New Jersey, Trenton Division.

**BY THE COURT:**

_____
Hon. George L. Russell, III
U.S. District Court Judge