UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPI, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>PATRIOT GOOSE CONTROL INC. and ELLIOT OREN,<br><br>       Defendants. | Case No. 3:23-cv-20953 |

## NOTICE OF RELATED CASE

TO THE CLERK OF COURT:

Pursuant to Local Civ. Rule 40.1(c)(1), (3), Plaintiff GPI, LLC hereby provides this Notice to inform the Clerk that this case involves both property included in a case already pending in this Court and the infringement of trademarks that are also involved in a case already pending in this Court, namely *GPI, LLC v. Rapsys Incorporated, et al.*, Case No. 3:22-cv-04585-MAS-TJB, and therefore should be assigned to Judge Michael A. Shipp and referred to referred to Magistrate Judge Tonianne J. Bongiovanni.

Dated: October 10, 2023

                                                Respectfully submitted,

                                                BUCHANAN INGERSOLL & ROONEY PC

                                                */s/ Jacqueline M. Weyand*
                                                Jacqueline M. Weyand
                                                550 Broad Street, Suite 810
                                                Newark, New Jersey 07102
                                                (973) 424-5614
                                                jacqueline.weyand@bipc.com

Gretchen L. Jankowski (*pro hac vice* motion forthcoming)
Matthew C. Pilsner (*pro hac vice* motion forthcoming)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8800 (o)
412-562-1041 (f)
gretchen.jankowski@bipc.com
matthew.pilsner@bipc.com

*Attorneys for GPI, LLC*