# Buchanan

**Jacqueline M. Weyand**
Jacqueline.weyand@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 9430

October 12, 2023

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Federal Building &
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

   Re: *GPI, LLC v. Patriot Goose Control, Inc. et al*
      Case No. 3:23-cv-20953-MAS-TJB

Your Honor:

  This firm represents Plaintiff GPI, LLC ("GPI") in this matter. We write to request that GPI's motion for a preliminary injunction be reinstated as this case was recently transferred to Your Honor.

  Specifically, on October 6, 2023, this case was formally transferred in from the District of Maryland, Case Number 1:23-cv-02360 ("Maryland Action"). (Dkt. 23.) In the Maryland Action, GPI filed a motion for a preliminary injunction and related relief. (Dkt. 7.) Accordingly, as this case is now before Your Honor, GPI respectfully requests that the motion for a preliminary injunction be reinstated and placed on the active docket.

  Thank you for your attention to this matter.

            Respectfully submitted,

            *Jacqueline M. Weyand*

            Jacqueline M. Weyand

JMW
cc: Counsel of record (via ECF).